**Jeffery KELCE, Plaintiff–Appellant,**

v.

**S. CERVANTES, Appeals Coordinator; et al., Defendants–Appellees.**

**No. 04–15601.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 6, 2009.

Filed June 1, 2010.

Jeffery Kelce, Vacaville, CA, pro se.

David A. Carrasco, Esq., AGCA–Office of the California Attorney General, Department of Justice, Sacramento, CA, for Defendant–Appellee.

Before: HAWKINS and THOMAS, Circuit Judges, and KORMAN,* District Judge.

## MEMORANDUM **

Jeffrey Kelce, a former California state prisoner, appeals the district court's judgment dismissing his action under 42 U.S.C. § 1983. Kelce alleged that defendants vio-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lated his constitutional rights by denying him access to the courts and depriving him of his property. Kelce also challenged certain regulations governing the California state prison grievance process as unconstitutional.

The parties on appeal agreed that Kelce had unexhausted remedies for his claims under the California Tort Claims Act, Cal. Gov't Code § 900 *et seq.* In view of the posture of the case, we remand the case to the district court with directions to hold this action in abeyance while Kelce pursues his remedies under the California Tort Claims Act. After the resolution of those claims, the district court shall conduct any further appropriate proceedings to determine any remaining issues in this case.

We need not, and do not, reach any other issue urged by the parties on appeal.

**REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.